LINK BOOKMAN v. THE STATE.

No. 8655.   Delivered February 25, 1925.

**Perjury—Evidence Held Sufficient.**

Where in a case of perjury the record is without a bill of exception the charge of the court adequately sets forth the law, and the statement of facts supports the verdict of the jury, the cause will be affirmed.

Appeal from the Criminal District Court of Travis County.   Tried below before the Hon. Jas. R. Hamilton, Judge.

Appeal from a conviction for perjury; penalty, two years in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the Criminal District Court of Travis County of perjury, and his punishment fixed at two years in the penitentiary.

The record is before us without any bills of exception.   The indictment appears to be in proper form, and the charge of the court, which is not excepted to, seems to adequately set forth the law. We have examined the statement of facts and are of opinion that it supports the conclusion reached by the jury.

The judgment will be affirmed.

*Affirmed.*